IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. CR-07-83-D |
| | ) | |
| PAT PAIGE, | ) | |
| | ) | |
| Defendant. | ) | |

PRETRIAL CONFERENCE

On October 26, 2007 the Court conducted a pretrial conference pursuant to Fed. R. Crim. P. 17.1. Joseph F. Wilson and Jeffrey A. Gallant appeared on behalf of the government, and Paul Antonio Lacy appeared on behalf of the defendant. The trial is scheduled to begin on November 5, 2007, with jury selection to begin at approximately 1:00 p.m. The parties estimate that the presentation of evidence will take six days.

During the conference, the parties advised the Court that they have reached a stipulation regarding the authenticity and admissibility of certain documents, although objections to the relevance of such documents have been reserved. The stipulations as to particular exhibits shall be reflected on the parties' trial exhibit lists. Defendant advised that there is no issue regarding the voluntariness of any statement made by the defendant, and the parties agreed that there are no discovery issues requiring a ruling by the Court. In addition to discussing matters related to the manner in which the trial will be conducted, the Court advised the parties of the following deadlines:

| | |
|---|---|
| Monday, October 29, 2007 | Motions in limine and requested voir dire to be filed |
| Wednesday, October 31, 2007 | Responses to motions in limine and objections to requested voir dire to be filed. |

The parties will also attempt to submit an agreed summary of the Indictment for the Court's use

during voir dire.

    IT IS SO ORDERED this 29 th October, 2007.

_____
TIMOTHY D. DEGIUSTI
UNITED STATES DISTRICT JUDGE